

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STAGECOACH CARTAGE and DISTRIBUTION, LLC, | § | No. 08-23-00224-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 205th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| VICTOR A. ITO, | | |
| | § | (TC# 2022-DCV-1021) |
| Appellee. | | |

## **<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* TEX. R. APP. P. 42.3.

On September 25, 2023, the Clerk of this Court sent Appellant a letter requesting payment of the required filing fee. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by an appellate rule from paying costs). The letter notified Appellant that its appeal would be subject to dismissal on or after 20 days of the date of the notice if Appellant failed to pay or failed to show it was excused from paying the required fee. *See* TEX. R. APP. P. 42.3 (c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, which is more than 20 days after the date of the notice, Appellant has not paid the filing fee or otherwise shown it is excused from paying the required fee. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 43.3(c).

GINA M. PALAFOX, Justice

October 20, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.